ACCEPTED
05-17-00849-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 12:47 PM
LISA MATZ
CLERK

NO. 05-17-00849-CV

IN THE COURT OF APPEALS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

FOR THE FIFTH DISTRICT OF TEXAS

01/31/2018 12:47:04 PM

DALLAS, TEXAS

LISA MATZ
Clerk

LAW OFFICE OF THOMAS J. HENRY

v.

JONATHAN CAVANAUGH

## APPELLEE'S UNOPPOSED MOTION TO PRESENT ORAL ARGUMENT

Jack G. B. Ternan
State Bar No. 24060707
jt@ternanlawfirm.com
Ternan Law Firm, PLLC
1400 Preston Road, Suite 400
Plano, Texas 75093
Telephone: (972) 665-9939
Facsimile: (972) 476-1361

*Counsel for the Appellee*
*Jonathan Cavanaugh*

Jonathan Cavanaugh, Appellee in this Court and Defendant in the Trial Court, files this Unopposed Motion to Present Oral Argument ("Motion"), as follows:

This cause is set for oral argument on February 21, 2018, at 1:00 p.m. Counsel for Appellant will be presenting oral argument for the Appellant. Appellee did not request oral argument in his brief, and the clerk has informed counsel for Appellee that a motion requesting oral argument is required in order for Appellee to respond to the oral argument of Appellant. Accordingly, Appellee requests leave to present oral argument in response to Appellant's oral argument on February 21, 2018.

Counsel for the Appellant does not oppose the request for oral argument.

## **PRAYER**

For the foregoing reasons, Cavanaugh requests that the Court grant the Motion, grant leave to present oral argument, and award Cavanaugh such other and further relief to which he is justly entitled at law or in equity.

Dated: January 31, 2018

Respectfully submitted,

**APPELLEE'S UNOPPOSED MOTION**
**TO PRESENT ORAL ARGUMENT** 2

By:     /s/ Jack G. B. Ternan

Jack G. B. Ternan
State Bar No. 24060707
jt@ternanlawfirm.com
TERNAN LAW FIRM, PLLC
1400 Preston Road, Suite 400
Plano, Texas 75093
Telephone:  (972) 665-9939
Facsimile:  (972) 476-1361

**ATTORNEY FOR APPELLEE
JONATHAN CAVANAUGH**

## CERTIFICATE OF SERVICE

This is to certify that on the 31st day of January, 2018, the foregoing was electronically filed with the Clerk of the Court using the e-filing system, which will send notification of such filing to all counsel of record.

/s/ Jack G. B. Ternan
Jack G. B. Ternan